O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA PANTALEON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GMAC MORTGAGE CORPORATION dba CALDIRECT HOME LOANS, a Business Entity, form unknown; GMAC MORTGAGE CORPORATION, a Business Entity, form unknown; and DOES 1-20 inclusive, <br><br> Defendants. | Case No. CV 10-05756 DDP (CWx) <br><br> **Order Granting Defendants' Motion to Dismiss** (Dkt. No. 3.) <br><br> [Motion filed on September 1, 2010] |

    Defendants GMAC Mortgage Corporation and GMAC Mortgage Corporation dba Caldirect Home Loans filed a motion to dismiss Plaintiff's complaint on August 3, 2010, that was scheduled for a hearing for May 3, 2010. Because Plaintiffs have not filed an opposition, the Court GRANTS the motion.

    Plaintiff's complaint arises from the foreclosure of subject property located at 1204 West Bridger Street, Covina, California. Plaintiff filed suit against Defendants alleging sixteen claims

arising from a mortgage transaction involving the subject property.

Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing. C.D. Cal. Local R. 7-9. Failure to file an opposition within the deadline may be deemed consent to granting the motion. C.D. Cal. Local R. 7-12. Therefore, Plaintiff's opposition to Defendants' motion was due by September 13, 2010. As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request to move the hearing date.

The Court construes Plaintiff's failure to oppose the motion as consent to granting the motion. Therefore, Defendants' motion to dismiss is granted and the complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 6, 2010

DEAN D. PREGERSON
United States District Judge